UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

EIMAN OSTAD MOHAMMAD
SADEGHE MEMAR,

      Petitioner,

    v.

BRIAN ENGLISH,

      Respondent.

CAUSE NO. 3:26cv335 DRL-SJF

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Eiman Ostad Mohammad Sadeghe Memar from custody on appropriate conditions of supervised release. ECF 15. Respondent reports that the petitioner has since been released. ECF 17.

The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

July 22, 2026

*s/ Damon R. Leichty*
Judge, United States District Court